# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50069
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 17, 2018

Lyle W. Cayce
Clerk

JULIETTE FAIRLEY, Daughter of James E. Fairley and Beneficiary of James E. Fairley,

       Plaintiff - Appellant

v.

ATTORNEY DON D. FORD, III; ATTORNEY KENNETH KROHN; FORD BERGNER, L.L.P.,

       Defendants - Appellees

Appeals from the United States District Court
for the Western District of Texas
USDC No. 5:17-CV-1067

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

      Pro se Plaintiff-Appellant Juliette Fairley seeks reversal of the district court's Order of January 24, 2018, granting Defendant-Appellee Kenneth Krohn's Motion to Dismiss for Lack of Jurisdiction, dismissing Fairley's claims without prejudice to refiling in state court, and denying all other pending

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50069

motions as moot. We have now reviewed the record on appeal, including without limitation the briefs of the parties and the record excerpts which contain, *inter alia,* the said January 24, 2018 Order of the district court, and we are satisfied that the district court's rulings are proper in all respects. For essentially the reasons expressed by the district court, its said Order is, in all respects,

AFFIRMED.